**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **PABLO SANTIAGO HERNANDEZ-ARENADO,** ) ) ) | |
| Petitioner, ) ) | |
| vs. ) ) | **CIVIL NO. 10-cv-427-MJR** |
| **IMMIGRATION,** ) ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Petitioner Pablo Santiago Hernandez-Arenado brings this action pursuant to 28 U.S.C. § 2241. Hernandez-Arenado, who has been held in custody by United States Immigration authorities since 1987, challenges his continued detention and incarceration. In his petition, he claims that his continued detention is in violation federal law. Hernandez-Arenado also seeks leave to proceed *in forma pauperis*, and the Court finds that he is indigent. Therefore, his motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

**IT IS HEREBY ORDERED** that Respondent shall, within twenty-three (23) days of receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should not issue. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED.R.CIV.P. 41(b).

**IT IS SO ORDERED.**

**DATED this 10th day of August, 2010.**

                                              **s/ Michael J. Reagan**
                                              **MICHAEL J. REAGAN**
                                              **United States District Judge**